ZALIK ZIPPER, Respondent, v. KIRKMAN & SON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

CARL L. VIETOR, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

PETER MARTINS, as Administrator, etc., Respondent, v. LOUIS C. GERKEN and Another, Appellants.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.; Smith, J., dissenting.

ROSE FRENDER, Respondent, v. MAX BLOOMFIELD, Trading under the Name of HARLEM STEAM CARPET CLEANING Co., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

MICHAEL D. MIRSKY, Doing Business under the Name of M. D. MIRSKY & Co., Appellant, v. BERTRAM H. BORDEN and Another, as Individuals and Copartners, Doing Business under the Name of M. C. D. BORDEN & SONS, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

ANTHONY PAUL KELLY, Respondent, v. JOHN CORT's Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

EQUITABLE LAUNDRY MACHINERY CORPORATION, Respondent, v. "JOHN" T. BRIGHTWELL, First Name Fictitious, etc., and Another, Doing Business under the Name of SUMTER STEAM LAUNDRY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page and Merrell, JJ.

ATLANTIC COMMUNICATION COMPANY, Respondent, v. LEOPOLD L. ZIMMERMANN and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC KLEINMAN, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

JOHN N. TONNELE and Others, as Executors, etc., of JOHN L. TONNELE, Deceased, etc., Respondents, v. HENRY PARISH and Another, as Executors, etc., of MARGARET T. LUDLOW, Deceased, and Others, Defendants, Impleaded with FRANCIS S. WETMORE and Others, Appellants, and KATHARINE TONNELE BAILEY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Account of ALFRED A. L. BENNETT and Another, as Executors, etc., of JOHN B. SUFFERN, Deceased.— Decree affirmed, with costs to respondents payable out of the estate. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

F. A. BRADY, INC., Appellant, v. GEORGE CONSTANTIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.